# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br>*Plaintiff*<br>v.<br>LEE THORNTON (dba Malo Store) individually, et al., Defendants/Third Party Plaintiffs<br>v.<br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br>*Third Party Defendant* | )<br>)<br>)<br>) Civil Action No. 2:17-CV-00077-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Third-Party Defendant Metropolitan Group Property and Casualty Insurance Company's Motion for Summary Judgment (ECF No. 44) and Plaintiff Scottsdale Insurance Company's Motion for Summary Judgment (ECF No. 48) are GRANTED; Defendants Season Hamilton, Glenn Thornton, and Estate of E.T.'s Motion for Summary Judgment (ECF No. 49) and Defendant Lee and Julie Thornton's Amended Motion for Summary Judgment (ECF No. 53) are DENIED. Judgment is entered in favor of Plaintiff Scottsdale Insurance Company and Third-Party Defendant Metropolitan Group Property and Casualty Insurance Company.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on Motions for Summary Judgment (ECF Nos. 44, 48, 49, and 53).

Date: January 11, 2018

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb